1   RONALD D. ARENA, Bar No. 218421
    KATHRYN M. WEEKS, Bar No. 255945
2   ARENA HOFFMAN LLP
    44 Montgomery Street, Suite 3520
3   San Francisco, CA  94104-4828
    Telephone:     415.433.1414
4   Facsimile:     415.520.0446
    Email:         rarena@arenahoffman.com
5                  kweeks@arenahoffman.com

6   Attorneys for Defendants
    NATIONAL CONSOLIDATED COURIERS, INC.
7   and TANWEER AHMED

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  THOMAS E. PEREZ, Secretary of Labor,      Case No. C 15-01026 WHA
    United States Department of Labor,

13                Plaintiff,                   **STIPULATION AND [PROPOSED] ORDER
                                               CONTINUING HEARING ON
14       v.                                    PLAINTIFF'S APPLICATION FOR
                                               RESTRAINING ORDER TO MARCH 12,
15  NATIONAL CONSOLIDATED                      2015**
    COURIERS, INC., a corporation, and
16  TANWEER AHMED, an individual,             Date:    March 11, 2015
                                              Time:    8:00 a.m.
17                Defendants.                 Dept.:   Courtroom 8, 19th Floor
                                              Judge:   Hon. William Alsup
18

19          WHEREAS, Plaintiff filed an application for a restraining order in the above-

20  captioned action scheduled for March 11, 2015 at 8:00 a.m. in Department 8 of this Court, The

21  Honorable William Alsup presiding;

22          WHEREAS, Defendants recently retained new counsel in this action, Ronald D.

23  Arena, Arena Hoffman LLP, 44 Montgomery Street, Suite 3520, San Francisco, California;

24          WHEREAS, counsel for Defendants has a pre-existing conflict on Wednesday

25  morning; and

26          WHEREAS, counsel for the parties are in the process of discussing a stipulation

27  which would obviate the need for the restraining order hearing.

28

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104
415.433.1414

STIPULATION AND [PROPOSED]                    1.                    Case No. C 15-01026 WHA

1    NOW THEREFORE, the parties, through their respective counsel of record, stipulate

2    and agree that the hearing on Plaintiff's restraining order application shall be continued to March 12,

3    2015 at 8:00 a.m. in Department 8 of the above-captioned Court.

4

5    Dated:  March 10, 2015

                                                    /S/
6                                        _____
                                         RONALD D. ARENA
7                                        ARENA HOFFMAN LLP
                                         Attorneys for Defendants
8                                        NATIONAL CONSOLIDATED COURIERS,
                                         INC. and TANWEER AHMED
9
     Dated:  March 10, 2015
10                                                  /S/
                                         _____
11                                       ANDREW J. SCHULZ
                                         UNITED STATES DEPARTMENT OF
12                                       LABOR, OFFICE OF THE SOLICITOR

13    IT IS SO ORDERED.  The hearing on Plaintiff's application for a restraining order is

14    hereby continued to March 12, 2015 at 8:00 a.m. in Department 8 of the above-captioned Court, The

15    Honorable William H. Alsup presiding.

16

17    Dated:  March 10, 2015.

18                                       _____
                                         HON. WILLIAM ALSUP
19                                       UNITED STATES DISRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104
415.433.1414

STIPULATION AND [PROPOSED]                    2.                    Case No. C 15-01026 WHA