IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

NATIONAL CONSOLIDATED
COURIERS, INC., a corporation, and
TANWEER AHMED, an individual

    Defendants.
    /

No. C 15-01026 WHA

**ORDER RE DEFENDANTS'
REQUEST FOR EXTENSIONS**

    The order granting in part plaintiff's request for a TRO set several deadlines for defendants' compliance with the Secretary of Labor's subpoenas (Dkt. No. 16).  Defendants have filed a motion requesting an extension of those deadlines.  Defendants assert that compliance with the deadlines for document production is not possible due to the volume of documents, which exceeds what defense counsel initially understood the volume of documents to be.  Plaintiff opposes any extensions.

    The deadlines shall be extended as follows: the March 26 deadlines are continued to **APRIL 2, 2015**; the April 12 deadline is continued to **APRIL 27, 2015**.  The hearing regarding a preliminary injunction is continued from April 22 to **MAY 6, 2015, AT TWO P.M.**

    **IT IS SO ORDERED.**

Dated: March 27, 2015.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE