IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,

    Plaintiff,

  v.

NATIONAL CONSOLIDATED COURIERS, INC., a corporation, and TANWEER AHMED, an individual

    Defendants.

No. C 15-01026 WHA

**ORDER SETTING STATUS CONFERENCE**

Plaintiff, the United States Department of Labor, has requested a status conference to resolve outstanding issues related to defendants' compliance with subpoenas. A status conference is hereby set for **TWO P.M. ON MAY 4, 2015.** The parties shall file a joint status statement, laying out all issues that need to be discussed, along with each side's positions on those issues, by **APRIL 29, 2015.** The hearing currently set for May 6 is hereby vacated.

**IT IS SO ORDERED.**

Dated: April 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE