IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>       Plaintiff,<br><br>  v.<br><br>NATIONAL CONSOLIDATED COURIERS, INC., a corporation, and TANWEER AHMED, an individual<br><br>       Defendants. | No. C 15-01026 WHA<br><br>**REQUEST FOR RESPONSE** |

   Plaintiff Secretary of Labor has filed a motion to shorten time for plaintiff's motion to allow live testimony and to compel the appearance of defendant Tanweer Ahmed (Dkt. No. 32). Defendants shall respond to this motion by **NOON ON MAY 27, 2015.**

   **IT IS SO ORDERED.**

Dated: May 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE