1  JANET M. HEROLD
   Regional Solicitor
2  SUSAN SELETSKY
   Counsel for FLSA
3  ANDREW J. SCHULTZ (Cal. Bar # 237231)
   NATALIE NARDECCHIA (Cal. Bar # 246486)
4  BENJAMIN R. BOTTS (Cal. Bar #274542)
   Trial Attorneys
5  United States Department of Labor
   Office of the Solicitor
6  90 Seventh Street, Suite 3-700
   San Francisco, California 94103
7  Telephone: (415) 625-7767
   Facsimile: (415) 625-7772
8  Email: botts.benjamin.r@dol.gov
9
10 Attorneys for Plaintiff, Thomas E. Perez, Secretary
   United States Department of Labor
11

12

13               UNITED STATES DISTRICT COURT FOR THE

14                 NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16
   **THOMAS E. PEREZ**, Secretary of Labor,    )   Case No.: 3:15-cv-1026-WHA
17 United States Department of Labor,          )
                                               )   **STIPULATION AND [PROPOSED]**
18            Plaintiff,                        )   **ORDER TO CONTINUE PRELIMINARY**
                                               )   **INJUNCTION HEARING DATE**
19         v.                                   )
                                               )
20                                              )
   **NATIONAL CONSOLIDATED**                    )
21 **COURIERS, INC.**, a corporation, and       )
   **TANWEER AHMED**, an individual,            )
22                                              )
                                               )
23            Defendants.                        )
                                               )
24                                              )
   _____ )
25

26       On June 9, 2015, at a court-ordered settlement conference before Magistrate Judge Elizabeth

27 Laporte, Plaintiff Secretary of Labor and Defendants National Consolidated Couriers, Inc. and Tanweer

28 Ahmed (collectively, "the parties") agreed to a settlement in principle.  The Secretary is currently

finalizing a proposed consent judgment to be exchanged with Defendants.  Defendants consider the resolution of the pending contempt proceeding to be a material term of the settlement, and represent that requiring Defendants to proceed with the contempt proceeding runs the risk of undermining the parties' agreement. To allow adequate time to negotiate the language of the consent judgment, the parties hereby stipulate and jointly request that the Court continue the preliminary injunction hearing currently calendared for June 19, 2015 at 8:00 a.m. three weeks.[1]


        Agreed:

                                                    M. PATRICIA SMITH
                                                    Solicitor of Labor

                                                    JANET M. HEROLD
                                                    Regional Solicitor

                                                    SUSAN SELETSKY
                                                    Counsel for FLSA

        /s/ Ronald Arena (as authorized 6/17/2015)          /s/ Benjamin Botts
        RONALD ARENA                                 BENJAMIN BOTTS
        ARENA HOFFMAN LLP                            NATALIE NARDECCHIA
        Attorneys for Defendants                     ANDREW SCHULTZ
                                                    Trial Attorneys
                                                    Attorneys for Plaintiff


Dated: June 17, 2015                        Dated: June 17, 2015

---

[1] The consent judgment and concurrently filed complaint will be a separate case, but the parties intend to file a joint administrative motion under Civ. L.R. 3-12 requesting that the Court treat the new case as related to the present matter.

1

**[PROPOSED]** ORDER

2      PURSUANT TO STIPULATION, the preliminary injunction hearing calendared for June 19,

3   2015 at 8:00 a.m. is continued until July __16__, 2015 at __8___ a.m. / ~~p.m.~~

4      IT IS SO ORDERED.

5

6   Dated: __June 17, 2015.__                              _____

7                                                          WILLIAM ALSUP
                                                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28